**FILED**

03/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0656

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### Supreme Court Cause No. DA 21-0656

IN THE MATTER OF THE ESTATE OF: )
)
GARY ALLEN COOPER: )
)
Deceased. )
)
Petitioners/Appellees James and Patricia Cooper, )
v. )
Co-Petitioner/Appellant Amanda Cooper. )
)

FILED

MAR 0 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On appeal from the District Court of the Montana Thirteenth Judicial District Court, Yellowstone County before the Honorable Michael G. Moses, presiding, in District Court Cause No. DP 18-128

Pursuant to motion of Appellant Amanda Cooper and for good cause shown, the appellant's initial brief in this case is due 30 days after the Supreme Court's decision on her pending motion to stay or at such other time as this Court shall subsequently order.

DATED this 8 day of March, 2022.

_____
Chief Justice